United States District Court
Southern District of Texas
**ENTERED**
April 12, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHANIE PAUL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3120 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties' Agreed Stipulation of Dismissal is granted because all matters in controversy between plaintiff and defendant have been fully and finally settled.

This case is dismissed with prejudice to refiling.

All costs of court are taxed against the parties incurring them.

SIGNED on April 12, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge